IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID L. HOFFMANN,

Plaintiff,

v.                                                            Case No. 15-cv-289 JPG/SCW

GARY BOST, *et al*.,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.


**Dated: March 15, 2018**                **JUSTINE FLANAGAN, Acting Clerk of Court**

                                         **s/Tina Gray**
                                           **Deputy Clerk**



**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**